Argued and submitted May 28, affirmed October 20, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## LAMONT SONNY JOHNSON,
*Appellant.*

(10-91-06023; CA A74269)

859 P2d 1206

Jesse Wm. Barton, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant's first assignment of error is without merit, *State v. Rodriguez*, 317 Or 27, 40, 854 P2d 399 (1993); his second was not preserved. *State v. Farmer*, 317 Or 220, 224, 856 P2d 623 (1993).

Affirmed.